

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>D-1 Axzavier Sincere Hudgins,<br>D-2 William Douglas,<br>D-3 Robert Smith II, and<br>D-4 Havier Jackson<br><br>    Defendants.<br>_____/ | 24-cr-20196<br>Hon. Laurie J. Michelson<br><br>Violations:  18 U.S.C. § 922(g)(1);<br>                   18 U.S.C. § 922(o)<br><br> |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(o)
*Illegal Possession of a Machinegun*

**D-1 Axzavier Hudgins**

On or about March 7, 2024, in the Eastern District of Michigan, Southern Division, Axzavier Hudgins, knowingly possessed a machinegun, that is a Glock, model 19, 9mm pistol, equipped with a machine gun conversion device, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT TWO
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

### D-2 William Douglas

On or about March 3, 2024, in the Eastern District of Michigan, Southern Division, William Douglas, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a Glock, model 30, .45 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
18 U.S.C. § 922(o)
*Illegal Possession of a Machinegun*

### D-2 William Douglas

On or about March 3, 2024, in the Eastern District of Michigan, Southern Division, William Douglas, knowingly possessed a machinegun, that is a Glock, model 30, .45 caliber pistol, equipped with a machine gun conversion device, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT FOUR
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

### D-3 Robert Smith II

On or about March 3, 2024, in the Eastern District of Michigan, Southern Division, Robert Smith II, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting

interstate commerce, a Smith & Wesson, model M&P 15, rifle, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

### D-3 Robert Smith II

On or about March 7, 2024, in the Eastern District of Michigan, Southern Division, Robert Smith II, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a Glock, model 30, .45 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIX
18 U.S.C. § 922(o)
*Illegal Possession of a Machinegun*

### D-3 Robert Smith II

On or about March 7, 2024, in the Eastern District of Michigan, Southern Division, Robert Smith II, knowingly possessed a machinegun, that is a Glock, model 30, .45 caliber pistol, equipped with a machine gun conversion device, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT SEVEN
18 U.S.C. § 922(o)
*Illegal Possession of a Machinegun*

### D-4 Havier Jackson

From on or about March 3, 2024 until March 7, 2024, in the Eastern District of Michigan, Southern Division, Havier Jackson, knowingly possessed a machinegun, that

3

is a Glock, model 30, .45 caliber pistol, equipped with a machine gun conversion device, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in Counts One through Seven of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code Section 924(d) together with Title 28, United States Code, Section 2461.

Upon conviction of an offense charged in Counts One through Seven, Defendants Azxavier Hudgins, William Douglas, Robert Smith II, and Havier Jackson shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461, any firearm or ammunition involved in or used in the defendants' knowing violation of said offenses, including but not limited to the following:

- One Glock, model 19, 9mm pistol;
- One Glock, model 30, .45 caliber pistol;
- An unknown machine gun conversion kit;
- An unknown machine gun conversion kit;
- Seven rounds of assorted 9mm ammunition; and
- Assorted rounds of assorted .45 caliber ammunition.

If any of the property described above, as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to, or deposited with, a third party;

c) has been placed beyond the jurisdiction of the court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/Craig Wininger*
Craig Wininger
Chief, Violent and Organized Crime Unit

*s/Jeremiah G. Smith*
Jeremiah G. Smith
Assistant United States Attorney

Dated: August 7, 2024

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>24-CR-20196 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

FILED AUG 07 2024 CLERK'S OFFICE DETROIT

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: Laurie J. Michelson |
| ☐ Yes    ☒ No | AUSA's Initials: JGS |

Case Title: USA v. Axzavier Hudgins et al

County where offense occurred: Wayne

Check One:  ☒ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/____Information — **no prior complaint.**
____Indictment/____Information — **based upon prior complaint** [Case number: ____]
✓ Indictment/____Information — **based upon LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: 24-CR-20196        Judge: Laurie J. Michelson

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☒ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| William Douglas<br>Robert Smith III<br>Havier Jackson | 18 U.S.C. 922(g)(1), 18 U.S.C. 922(o),<br>18 U.S.C. 922(g)(1), 18 U.S.C. 922(g)(1), & 18 U.S.C. 922(o)<br>18 U.S.C. 922(o) | 24-MJ-30213 |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 7, 2024
Date

Jeremiah Smith
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-0242
E-Mail address: Jeremiah.Smith@usdoj.gov
Attorney Bar #: P80301

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/16